[No. 43170-0-II. Division Two. October 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY EUGENE GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00422-1, Kathryn J. Nelson, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Maxa, JJ.

[No. 43362-1-II. Division Two. October 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRY M. HAVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00295-1, Toni A. Sheldon, J., entered April 23, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.

[Nos. 43525-0-II; 43791-1-II. Division Two. October 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY PUTNAM BAKKE, *Appellant*.

*In the Matter of the Personal Restraint of* JEREMY PUTNAM BAKKE, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00015-0, Robert A. Lewis, J., entered June 4, 2012, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.